**Fill in this information to identify the case:**

United States Bankruptcy Court for the District of Utah

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**    Cohen Grand Lodge, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   47-3134318

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 314 Hunter Ridge Drive | 220 Franklin Turnpike |
   | Number  Street | Number  Street |
   |  | P.O. Box |
   | Brian Head    UT    84719 | Mahwah    NJ    84719 |
   | City    State    ZIP Code | City    State    ZIP Code |
   |  | **Location of principal assets, if different from principal place of business** |
   | Iron | |
   | County | Number  Street |
   |  | City    State    ZIP Code |

Official Form 205              Involuntary Petition Against a Non-Individual              page 1

Debtor     __Cohen Grand Lodge, LLC__     Case number (if known)_____
        Name

6. **Debtor's website (URL)** _____

7. **Type of debtor**
   - [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [x] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [ ] None of the types of business listed.
   - [ ] Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - [x] No
   - [ ] Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                                MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                                MM / DD / YYYY

### Part 3: Report About the Case

10. **Venue**

    Check one:
    - [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    - [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - [x] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - [x] No
    - [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor __Cohen Grand Lodge, LLC__  Case number (if known)_____
       Name

13. **Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| See attached | | $ |
| | | $ |
| | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative** | **Attorneys**

Name and mailing address of petitioner

__Texas Express Loans, Inc.__
Name

__753 East Walnut Street__
Number  Street

__Long Beach__    __NY__    __11561__
City             State     ZIP Code

Name and mailing address of petitioner's representative, if any

__Edward Lester, President__
Name

__same as above__
Number  Street

_____
City             State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/07/2017__
            MM / DD / YYYY

X __/s/ Edward Lester, President__
Signature of petitioner or representative, including representative's title

__Michael R. Johnson__
Printed name

__Ray Quinney & Nebeker P.C.__
Firm name, if any

__36 South State Street, Suite 1400__
Number  Street

__Salt Lake City__    __UT__    __84111__
City                State    ZIP Code

Contact phone __801-323-3363__  Email __mjohnson@rqn.com__

Bar number __7070__

Date __Utah__

X __/s/ Michael R. Johnson__
Signature of attorney

Date signed __05/08/2017__
            MM / DD / YYYY

Debtor _____Cohen Grand Lodge, LLC_____
      Name

Case number (if known)_____

**Name and mailing address of petitioner**

Name: Cohen General Growth Hotels, L.P.

Number Street: 11650 South State Street, Suite 240

City: Draper    State: UT    ZIP Code: 84020

**Name and mailing address of petitioner's representative, if any**

Name: Zohar A. Cohen

Number Street: 11650 South State Street

City: Draper    State: UT    ZIP Code: 84020

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/07/2017
      MM / DD / YYYY

X  /s/ Zohar A. Cohen
Signature of petitioner or representative, including representative's title

Printed name: Michael R. Johnson

Firm name, if any: same as above

Number Street: 

City:     State:     ZIP Code:

Contact phone _____  Email _____

Bar number _____

State _____

X  /s/ Michael R. Johnson
Signature of attorney

Date signed  05/08/2017
      MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name: James Parsons III

Number Street: 5328 West 1650 North

City: Cedar City    State: UT    ZIP Code: 84279

**Name and mailing address of petitioner's representative, if any**

Name:

Number Street:

City:     State:     ZIP Code:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/07/2017
      MM /DD /YYYY

X  /s/ James R. Parsons, III
Signature of petitioner or representative, including representative's title

Printed name: Michael R. Johnson

Firm name, if any: same as above

Number Street:

City:     State:     ZIP Code:

Contact phone _____  Email _____

Bar number _____

State _____

X  /s/ Michael R. Johnson
Signature of attorney

Date signed  05/08/2017
      MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

Debtor __Cohen Grand Lodge, LLC__  Case number (if known) _____
    Name

**Name and mailing address of petitioner**

__Cherese Platt__
Name

__426 East Nichols Canyon Road 1407__
Number    Street

__Cedar City__    __UT__    __84721__
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __05/07/2017__
           MM/DD/YYYY

✗ __/s/ Cherese Platt__

__Michael R. Johnson__
Printed name

__same as above__
Firm name, if any

_____
Number    Street

_____
City    State    ZIP Code

Contact phone _____    Email _____

Bar number _____

State _____

✗ __/s/ Michael R. Johnson__
Signature of attorney

Date signed  __05/08/2017__
        MM / DD / YYYY

Involuntary Petition of Debtor:   Cohen Grand Lodge, LLC

**Section 13 - Claims of Petitioning Creditors:**

1. Texas Express Loans, Inc.
   Edward Lester, President
   753 East Walnut Street
   Long Beach, New York 11561
   Debt: $7500
   Basis: For consulting services rendered April 10, 2017 through May 5, 2017

2. James Parsons III
   5328 West 1650 North
   Cedar City, Utah 84279
   Telephone: 435-559-1637
   Debt: $420
   Basis: Unpaid payroll, March 28, 2016 through April 2, 2016

3. Cohen General Growth Hotels, L.P.
   11650 South State, Suite 240
   Draper, UT 84020
   Debt: $1,000,000
   Basis: Loan to debtor for payment of $1,000,000 to Fairview under forbearance agreement

4. Cherese Platt
   426 East Nichols Canyon Road 1407
   Cedar City, Utah 84721
   Debt: $300
   Basis: Overtime week of 2/17/16
   Regular Wages 3/28/16 through 4/2/16